O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEST26 GROUPS INC.; ALAN HO and UITO CHAU,<br><br>          Plaintiffs,<br><br>     v.<br><br>RADER, FISHMAN & GRAUER PLLC; MARY MARGARET O'DONNEL an individual ans as an agent of RADER, FISHMAN & GRAUER PLLC,<br><br>          Defendants. | Case No. CV 10-00596 DDP (RZx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

   The plaintiffs brought suit in District Court alleging state law claims, apparently on the basis of diversity jurisdiction. The Court is not convinced that complete diversity exists between the parties. See 28 U.S.C. § 1332(a). Plaintiffs are hereby ordered to file a brief, not to exceed ten pages, on or before Monday, April 19, 2010, to show cause why this action should not be dismissed for

///

///

///

1  failure to establish federal jurisdiction.  The brief shall set
2  forth the citizenship of all parties to this action for purposes of
3  diversity jurisdiction.  Failure to file such a brief will be
4  deemed consent to dismissal of this action.

6  IT IS SO ORDERED.

9  Dated: April 7, 2010
   　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
10                                         United States District Judge