JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEST26 GROUPS, INC., ALAN HO, and UITO CHAU,<br><br>      Plaintiffs,<br><br>vs.<br><br>RADER, FISHMAN & GRAUER PLLC, MARY MARGARET O'DONNELL, and DOES 1-10 inclusive,<br><br>      Defendants. | Case No. CV 10-00596 DDP (RZx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court on a Motion for Summary Judgment on November 29, 2010, the Honorable Dean D. Pregerson, District Judge Presiding, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed on the merits and that defendants RADER, FISHMAN & GRAUER PLLC and MARY MARGARET O'DONNELL recover their costs.

Dated: December 08, 2010

                                        Dean D. Pregerson
                                        United States District Judge

JUDGMENT\pleading

1

JUDGMENT